**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EPIFANIO TORRES, | : | No. 91 MAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of Commonwealth |
| | : | Court dated November 17, 2021 at No. |
| | : | 567 FR 2016 dismissing the exceptions to |
| v. | : | the February 28, 2020 Order and affirming |
| | : | the Board of Finance and Revenue Order |
| | : | dated June 8, 2016 and exited June 13, |
| COMMONWEALTH OF PENNSYLVANIA, | : | 2016 at No. 1521332 |
| | : | |
| Appellee | : | |
| | : | |

## ORDER

**PER CURIAM**                                   **DECIDED:  June 22, 2022**

**AND NOW,** this 22nd day of June, 2022, the Order of the Commonwealth Court is

**AFFIRMED**

Justice Brobson did not participate in the consideration or decision of this matter.